IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JERRICK JAMES McLEMORE, #280760,  )
                                  )
            Plaintiff,            )
                                  )
vs.                               )   CASE NO. 2:14cv-507-WHA
                                  )
KIM TOBIAS THOMAS, et al.,        )        (WO)
                                  )
            Defendants.           )

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #15), entered on October 30, 2014.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by the court.   Final Judgment will be entered accordingly.

DONE this 25th day of November, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE